UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE CAMPOS HEREDIA,<br><br>              Petitioner,<br><br>    v.<br><br>VINCENT CULLEN, Warden,<br><br>              Respondent. | No. CV 11-431-SJO (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Respondent's Motion to Vacate Order Requiring Response is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 24, 2011

                                                    HONORABLE S. JAMES OTERO
                                                  UNITED STATES DISTRICT JUDGE