# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JORGE CAMPOS HEREDIA, ) No. CV 11-431-SJO (PLA)
    Petitioner, )
    v. ) **JUDGMENT**
VINCENT CULLEN, Warden, )
    Respondent. )

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: April 24, 2011

/s/ S. James Otero
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE